ROBERT J. GANDY (State Bar No. 225405)
YARON SHAHAM (State Bar No. 217192)
JOE H. TUFFAHA (State Bar No. 253723)
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

JOHN B. SULLIVAN (State Bar No. 96742)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
FEDERAL NATIONAL MORTGAGE ASSOCIATION,
aka FANNIE MAE; GMAC MORTGAGE, LLC
(erroneously sued as GMAC Mortgage); and
HOMECOMINGS FINANCIAL, LLC (erroneously sued
as Homecomings Financial Network, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| WILLIAM R. SCHUCK, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, a Federally Chartered Entity aka FANNIE MAE, GMAC MORTGAGE, HOMECOMINGS FINANCIAL NETWORK, INC., and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Case No.: 2:11-CV-03069 WBS (GGHx)<br>Hon. William B. Shubb<br>Ctrm. 5<br><br>**ORDER GRANTING DEFENDANTS GMAC MORTGAGE, LLC'S, FEDERAL NATIONAL MORTGAGE ASSOCIATION'S AND HOMECOMINGS FINANCIAL, LLC'S REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:  March 12, 2012<br>Time:  2:00 p.m.<br>Ctrm.:  5 (14th Floor)<br><br>FAC Filed:  January 17, 2012<br>Complaint Filed:  August 16, 2011 |

Defendants GMAC Mortgage, LLC's ("GMACM"), Homecomings Financial, LLC's ("Homecomings") and Federal National Mortgage Association's ("Fannie Mae") (collectively, "Defendants") request to appear telephonically at the hearing on its Motion to Dismiss set for March 12, 2012 at 2:00 p.m. in Courtroom 5 (14th Floor), of the above entitled Court has been considered by this Court, and finding good cause, the Court **ORDERS** that Defendants' counsel may appear telephonically at the pending hearing on Defendants' Motion to Dismiss. **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

IT IS SO ORDERED.

Date: January 31, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE