1 | ROBERT J. GANDY (State Bar No. 225405)
YARON SHAHAM (State Bar No. 217192)
2 | JOE H. TUFFAHA (State Bar No. 253723)
SEVERSON & WERSON
3 | A Professional Corporation
19100 Von Karman Ave., Suite 700
4 | Irvine, CA 92612
Telephone:   (949) 442-7110
5 | Facsimile:    (949) 442-7118

6 | JOHN B. SULLIVAN (State Bar No. 96742)
SEVERSON & WERSON
7 | A Professional Corporation
One Embarcadero Center, Suite 2600
8 | San Francisco, CA  94111
Telephone:   (415) 398-3344
9 | Facsimile:    (415) 956-0439

10 | Attorneys for Defendants
FEDERAL NATIONAL MORTGAGE ASSOCIATION,
11 | aka FANNIE MAE; GMAC MORTGAGE, LLC
(erroneously sued as GMAC Mortgage); and
12 | HOMECOMINGS FINANCIAL, LLC (erroneously sued
as Homecomings Financial Network, Inc.)

13

14 | **UNITED STATES DISTRICT COURT**

15 | **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

16 | WILLIAM R. SCHUCK, JR., an individual,

17 | Plaintiff,

18 | vs.

19 | FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a Federally Chartered Entity
20 | aka FANNIE MAE, GMAC MORTGAGE,
HOMECOMINGS FINANCIAL NETWORK,
21 | INC., and DOES 1 THROUGH 100, inclusive,

22 | Defendants.

Case No.:  2:11-CV-03069 WBS (GGHx)
Hon. William B. Shubb
Ctrm. 5

**ORDER GRANTING DEFENDANTS
GMAC MORTGAGE, LLC'S,
FEDERAL NATIONAL MORTGAGE
ASSOCIATION'S AND
HOMECOMINGS FINANCIAL, LLC'S
REQUEST TO APPEAR
TELEPHONICALLY AT HEARING ON
DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED
COMPLAINT**

Date:     March 12, 2012
Time:     2:00 p.m.
Ctrm.:    5 (14th Floor)

FAC Filed:  January 17, 2012
Complaint Filed:   August 16, 2011

23

24

25

26

27

28

19000/1112/2109655.1

[PROPOSED] ORDER ON REQUEST TO APPEAR TELEPHONICALLY
2:11-CV-03069 WBS (GGHx)

1    Defendants GMAC Mortgage, LLC's ("GMACM"), Homecomings Financial, LLC's

2 ("Homecomings") and Federal National Mortgage Association's ("Fannie Mae") (collectively,

3 "Defendants") request to appear telephonically at the hearing on its Motion to Dismiss set for

4 March 12, 2012 at 2:00 p.m. in Courtroom 5 (14th Floor), of the above entitled Court has been

5 considered by this Court, and finding good cause, the Court **ORDERS** that Defendants' counsel

6 may appear telephonically at the pending hearing on Defendants' Motion to Dismiss.  **The**

7 **courtroom deputy shall email counsel with instructions on how to participate in the telephone**

8 **conference call.**

9    **IT IS SO ORDERED.**

10

11 Date:  January 31, 2012

12

13 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28